UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> BRITO & SON TRANSPORT, INC., GEOSDEY PULIDO MOYA, and KENNETH HUGHES <br><br> Defendants. | CAUSE NO. 1:24-cv-00354-HAB-SLC |

## ORDER

Plaintiffs, Trisura Specialty Insurance Company ("Trisura"), by counsel, under Rule 55 of the Federal Rules of Civil Procedure, have filed their Motion for Entry of Default Judgment against Defendants, Brito & Son Transport, Inc. ("Brito") and Geosdey Pulido Moya ("Moya") on Trisura's Complaint for Declaratory Judgment (the "Complaint"). The Court, being duly advised, now GRANTS Plaintiff's Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that a default judgment is entered in favor of Trisura and against Defendants, Brito and Moya, on Trisura Complaint, and that Brito and Moya, collectively or individually, are foreclosed from arguing or asserting any defense that Trisura is obligated to defend, indemnify, or otherwise provide coverage for Defendant Brito, or to pay any claim, settlement, judgment, verdict, or award in connection with any claim or suit arising out of or in

connection with an automobile collision involving Defendant, Kenneth Hughes, and Moya occurring on May 7, 2023.

Date: __April 1, 2025____          ___s/Holly A. Brady_____
                                                            JUDGE, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
                                                            FORT WAYNE DIVISION