UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:24-cv-00354 |
| BRITO & SON TRANSPORT, INC., GEOSDEY PULIDO MOYA, and KENNETH HUGHES, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Trisura Specialty Insurance Company, by counsel, and Defendant, Kenneth Hughes, by counsel, hereby notify the Court that they have reached a settlement in principle that will resolve all claims in this matter.

The Parties anticipate they will file a Stipulation of Dismissal with Prejudice of this action on or before August 15, 2025.

In light of this settlement in principle and pending stipulated dismissal of this action, the Parties also hereby move the Court to vacate the upcoming deadlines related to the interpretation of the Amendatory Endorsement in response to the Court's Order entered on June 25, 2025 (Document 46); see excerpt below:

> ### III. Conclusion
>
> *For these reasons, the Court ORDERS the parties to submit additional briefs on the interpretation of Amendatory Endorsement, paragraph 1.b., as set forth above. Trisura's brief shall be due July 8, 2025. Hughes' response brief shall be due July 22, 2025. Trisura's reply, if any, shall be due July 29, 2025. Trisura's motion for summary judgment (ECF No. 29) remains under advisement.*

Dated: July 15, 2025


/s/ *Kyle L. Christie*
Kyle L. Christie, #31261-49
Christie Farrell Lee & Bell
951 N. Delaware St.
Indianapolis, IN 46202
Email: kyle@cflblaw.com
*Attorney for Kenneth Hughes*


/s/ *C. Chase Wilson*
Kyle A. Lansberry, #20977-49
C. Chase Wilson, #38386-29
Lewis Wagner
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Email: klansberry@lewiswagner.com
cwilson@lewiswagner.com
*Attorney for Trisura Specialty Insurance Company*
*(E-signature added with permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, a copy of the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  A copy of the foregoing is also being mailed to the below:

Brito & Sons Transport, Inc.
c/o Stephen D. Groth,
111 Monument Circle, Ste. 2700
Indianapolis, Indiana 46204

Geosdey Pulido Moya
2101 West 52nd Street, APT 203
Hialeah, Florida 33016

             */s/: Kyle L. Christie*
             Kyle L. Christie

Kyle L. Christie- #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana  46202
(317) 488-5500
kyle@cflblaw.com