UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BRITO & SON TRANSPORT, INC., GEOSDEY PULIDO MOYA, and KENNETH HUGHES<br><br>Defendants. | CAUSE NO. 1:24-cv-00354-HAB-SLC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, stipulate to the dismissal of this case, with prejudice, costs paid.

**LEWIS WAGNER, & TRIMBLE**

BY: /s/ *C. Chase Wilson*
   KYLE A. LANSBERRY, #20977-49
   C. CHASE WILSON, #38386-29
   *Attorneys for Plaintiff,*
   *Trisura Specialty Insurance Company*


**CHRISTIE FARRELL LEE & BELL**

BY: /s/ *Kyle L. Christie* (with permission)
   KYLE L. CHRISTIE, #31261-49
   *Counsel for Defendant, Kenneth Hughes*

## CERTIFICATE OF SERVICE

On September 8, 2025, the above was served on these parties electronically by the Court's IEFS System and by United States mail, postage prepaid, for those parties not yet registered:

| | |
|---|---|
| Kyle L. Christie<br>Christie Farrell Lee & Bell, P.C.<br>951 North Delaware Street<br>Indianapolis, Indiana 46202<br>kyle@cflblaw.com<br>***Counsel for Defendant Kenneth Hughes*** | Geosdey Pulido Moya<br>2101 West 52nd Street, APT 203<br>Hialeah, Florida 33016 |
| Brito & Sons Transport, Inc.<br>c/o Stephen D. Groth,<br>111 Monument Circle, Ste. 2700<br>Indianapolis, Indiana 46204 | |

/s/ *C. Chase Wilson*
C. CHASE WILSON

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
cwilson@lewiswagner.com