UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BRITO & SON TRANSPORTATION, INC., et al., <br><br> Defendants. | Case No. 1:24-CV-354-CCB |

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 52) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, costs paid. The Clerk is **DIRECTED** to close this case.

SO ORDERED on September 9, 2025.

　　　　　　　　　　　　　　　　　　　　/s/*Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT